IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>                v.<br><br>EBONG UKO,<br><br>    Defendant.<br><br>ABM ELECTRIAL POWER SERVICES, LLC.,<br><br>    Garnishee. | CASE NO.: 2:16-MC-00109-TLN-KJN<br><br>**ORDER GRANTING APPLICATION FOR A FINAL ORDER OF CONTINUING GARNISHMENT (WAGES)** |

      Pending before the Court is the United States' unopposed application for a final order of continuing garnishment (the Application) for the garnishment of defendant Ebong Uko's non-exempt disposable wages, commissions, bonuses, and any other compensation (the Wages) paid to him by garnishee ABM Electrical Power Services, LLC.  The Court, finding good cause therefrom, hereby GRANTS the Application.

      ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

      1.    Defendant Ebong Uko's non-exempt disposable Wages are GARNISHED.

      2.    The United States is ENTITLED to recover the ten percent (10%) litigation surcharge authorized under 28 U.S.C. § 3011(a) in addition to the unpaid judgment balance.

3.	ABM Electrical Power Services, LLC., shall DELIVER, within fifteen (15) days of the date of this Order, a cashier's check or money order to the Clerk of Court in the amount of twenty-five percent (25%) of the Wages Defendant received from ABM Electrical Power Services, LLC., from July 22, 2016, the date ABM Electrical acknowledged receipt of the United States' writ of garnishment, through the date of this order.

4.	Thereafter, ABM Electrical Power Services, LLC., shall DELIVER to the Clerk of Court monthly payments in the amount of 25% of the monthly non-exempt disposable Wages ABM Electrical Power Services, LLC. pays the Defendant until the later of: the judgment debt and litigation surcharge being paid in full; the date ABM Electrical Power Services, LLC., no longer pays Defendant any wages, commissions, bonuses and any other compensation; or further order of this Court.  ABM Electrical Power Services, LLC., shall NOTIFY Michelle Lecroy of the United States Attorney's Office, Eastern District of California, Financial Litigation Unit, if any of Defendant's monthly Wages cease.

5.	ABM Electrical Power Services, LLC., shall MAKE the ordered payments payable to the "Clerk of the Court" and deliver the payments to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  ABM Electrical Power Services, LLC., shall also state the criminal docket number (Case No.: 2:05-cr-00001-DFL) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated:  September 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE